# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

In the Matter of:

Richard Lee Shaw }  **Case No: 19-04168-TOM13**
SSN: XXX-XX-1348 }
  DEBTOR(S). }
}
}

## ORDER

This matter came before the Court on Thursday, January 09, 2020 11:00 AM, for a hearing on the following:
  1) RE: Doc #5; Debtor's Motion to Extend Automatic Stay
  2) RE: Doc #35; Trustee's Objection to Confirmation and Motion to Dismiss Case
  3) Confirmation Hearing
Proper notice of the hearing was given and appearances were made by the following:
  Bradford W. Caraway (Trustee)
  Josh J Mitchell attorney for Richard Lee Shaw (Debtor)
  Richard Lee Shaw

**It is therefore ORDERED, ADJUDGED and DECREED that:**

  1) Based on arguments of counsel and the pleadings, the Motion is Denied.

  2 & 3) Based on arguments of counsel and the pleadings, the Objection is Sustained, the Trustee's Motion to Dismiss Case is Granted and this case is hereby Dismissed for failure to make Chapter 13 plan payments and for cause.

Dated: 01/10/2020

/s/ TAMARA O. MITCHELL
TAMARA O. MITCHELL
United States Bankruptcy Judge